#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE PRIETO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-4850 |
| | : | |
| JUDGE GENECE E. BRINKLEY, *et al.* | : | |

## ORDER

AND NOW, this 28th day of July 2020, upon careful and independent consideration of the amended Petition for a writ of habeas corpus (ECF Doc. No. 4), Response to the Petition (ECF Doc. No. 8), Respondent's Supplements (ECF Doc. No. 12-1 to 12-7), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** and **DISMISS** the amended Petition for a writ of habeas corpus (ECF Doc. No. 4) with prejudice;

3. We **DENY** a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).